IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYNER GONZALES, JR.,

    Petitioner,

v.                                          No. 24-cv-299 JMC/KK

EDDY COUNTY DETENTION CENTER,

    Respondent.

## **FINAL JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

                                          /s/ Joel M. Carson III
                                          JOEL M. CARSON III
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation